# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     V.                                                 CRIMINAL NO. 2004-10262-DPW-02

DEBRA A. D'ANDREA,
      Defendant.

## ORDER PURSUANT TO 18 U.S.C. § 3006A(f)

COLLINGS, Ch.U.S.M.J.

Pursuant to 18 U.S.C. § 3006A(f), DEBRA D'ANDREA is ORDERED to pay to Clerk, U.S. District Court, the sum of ONE HUNDRED DOLLARS ($100.00) every MONTH by mailing a check in that amount on or before the close of business on the 5TH of November, 2004 and on or before the close of business on the fifth day of every month thereafter until the above-styled case is disposed of.

It is FURTHER ORDERED that the monies deposited with the Clerk's Office be credited to the CJA appropriations account since the defendant is represented by a court-appointed attorney.

It is FURTHER ORDERED that Pre-Trial Services make periodic inquiries with the Accounting Department of the Clerk's Office and notify the Court if any payments are not made on a timely basis.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date:  October 7, 2004