| | | | | | |
|---|---|---|---|---|---|
| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
| IN THE CASE OF | | | | LOCATION NUMBER | |
| USA v.s. Debra D'Andrea | | FOR | | | |
| | | AT | | | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| Debra Ann D'Andrea | 1 ☐ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator | Magistrate |
| CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor | 6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | District Court<br>04-10262-DPW<br>Court of Appeals<br>02 |

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☒ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ 6,000.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 200.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| 300,000. | HOME |
| 7,000. | FORD WINDSTAR |
| 500. | 92 CADILLAC |
| 500. | 88 PU FORD |

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
Nicole - child - 14
Stephanie - child - 10
Bobby - child - 7

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| MTG | STEVEN DEMETER | $ 299,100. | $ 2,500. |
| | AMERICREDIT - CAR | $ 13,000. +/- | $ 432.- |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Oct 7, 2004

10-7-04   SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Debra D'Andrea

Noreen Russo