UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.  04-10262-DPW |
| v. | ) | |
| | ) | |
| ROBERT D'ANDREA and | ) | |
| DEBRA D'ANDREA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)</u>

Pursuant to Local Rule 116.5(C), the parties hereby submit this Joint Memorandum in connection with the Final Status Conference to be held in this matter on January 20, 2005.  The parties state as follows:

(1) There are no outstanding "discovery" issues.

(2) No party anticipates providing additional discovery as a result of the future receipt of information, documents, or reports of examinations or tests.

(3) Neither defendant intends to raise a defense of insanity or public authority.

(4) The government requests that the defendants furnish any notices of alibi.

(5) The defendants have not filed and do not intend to file any motion to sever, dismiss or suppress, or any other motion requiring a ruling by the District Court before trial, with the possible exception of a motion in limine pertaining to the attorney client privilege should the same should be found applicable upon further review of discovery materials by the defendants and subject to a final decision by them regarding any disposition short of trial.

(6) No schedules need be set concerning any other matter in the case other than trial.

(7) The parties are commencing discussions concerning the possibility of resolving this case without trial, but no agreements have been reached.

(8) Pursuant to the Court's November 23, 2004 Order of Excludable Delay, as of January 20, 2005, eighteen non-excludable days will have elapsed under the Speedy Trial Act, leaving 52 days left to commence trial.

(9)  The parties anticipate that a trial of this matter will take approximately 7 days.

Respectfully submitted,

ROBERT D'ANDREA.

By his attorney,

  **/s/ George C. McMahon**          
George C. McMahon, Esq.
308 Victory Road
North Quincy, MA 02171

MICHAEL J. SULLIVAN

United States Attorney

**/s/ Michael J. Pineault**        
Michael J. Pineault
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

DEBRA D'ANDREA

By her attorney,

**/s/ Raymond E. Gillespie** 
Raymond E. Gillespie, Esq.
875 Massachusetts Avenue, Suite 32
Cambridge, MA 02139

Dated: January 19, 2005