UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CRIMINAL NO. 04-10262-DPW |
| v. | ) ) |  |
| ROBERT D'ANDREA and DEBRA D'ANDREA, | ) ) ) |  |
| Defendants. | ) ) |  |

**JOINT STATUS REPORT RE: INITIAL PRETRIAL CONFERENCE**

The parties submit this Joint Status Report in connection with the Initial Pretrial Conference to be held in this matter on February 3, 2005 and state as follows:

(1) In the event this case is not resolved short of trial, the parties propose a trial date on or after May 23, 2005.

(2) There are no pending motions. Defendants reserve the right to file a motion in limine pertaining to the attorney client privilege should the same should be found applicable upon further review of discovery materials by the defendants and subject to a final decision by them regarding any disposition short of trial.

(3) At present, it is unclear whether some or all of the case might be resolved short of trial.

(4) Neither defendant requests an interpreter.

(5) Neither defendant is in custody.

(6) Neither defendant is a fugitive.

(9) No matters besides those specified in Local Rule 117.1 need be addressed at the conference.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROBERT D'ANDREA. | MICHAEL J. SULLIVAN |
| By his attorney, | United States Attorney |
| **/s/ George C. McMahon** | **/s/ Michael J. Pineault** |
| George C. McMahon, Esq. | Michael J. Pineault |
| 308 Victory Road | Assistant U.S. Attorney |
| North Quincy, MA 02171 | U.S. Attorney's Office |
|  | U.S. Courthouse, Suite 9200 |
|  | 1 Courthouse Way |
|  | Boston, MA 02210 |
| DEBRA D'ANDREA |  |
| By her attorney, |  |
| **/s/ Raymond E. Gillespie** |  |
| Raymond E. Gillespie, Esq. |  |
| 875 Massachusetts Avenue, Suite 32 |  |
| Cambridge, MA 02139 |  |

Dated: January 31, 2005