```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
Plaintiff,                          )
                                    ) CRIMINAL NO.
v.                                  ) 04-10262-DPW
                                    )
ROBERT D'ANDREA and                 )
DEBRA D'ANDREA                      )
    Defendant.                      )
```

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:00 P.M. ON MAY 20, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

    The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

```
                                    BY THE COURT,
                                    /s/ Michelle Rynne
DATE: May 18, 2005                  Deputy Clerk
```