UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL No. 04-10262-DPW |
| ) | |
| ROBERT D'ANDREA and ) | |
| DEBRA D'ANDREA, ) | |
| Defendants ) | |

### DEFENDANT DEBRA D'ANDREA'S MOTION TO FILE UNDER SEAL

Now comes Debra D'Andrea, defendant in the captioned matter, and, through undersigned counsel, hereby moves this Honorable Court for leave to file her accompanying Affidavit of Debra D'Andrea, **UNDER SEAL.**

As reason therefore, defendant states that the affidavit contains confidential financial information which should not be available to public review.

By her attorney,

_____
Raymond E. Gillespie
B.B.O. #192300
875 Mass Ave   suite 32
Cambridge   MA   02139
(617(661-3222

I certify that I served this document by mailing / hand delivery of a copy of same to all counsel of record (or pro se parties) on 9/7/05.

September 7, 2005

mtnseal